Dear Clerk of Court, Please file my Amended Prisoner Complaint.

I am sending it return request so i have proof you get it.
Thanks
Jill Coit # 86530, Unit 2 -D-120 DWCF P.O. Box 392005
Denver, Co 80239

*Jill Coit #86530*

*12/26/23*

*30 pages + 1 for clerk of court this Notice*

AR Form 200-02C (05/01/19)

**Miscellaneous Withdrawal Ticket**

Date _____   Amount _____

Offender No. _____   Fac. _____   Unit _____

Offender Name _____

Reason for Transaction _____
_____
I hereby authorize this amount to be deducted from my account:

Offender Signature _____

Staff Authorization:

Printed Name _____   Signature _____

20003