IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-2835 RTG-LTB,

JILL COIT

Plaintiff,

v.

STANCIL ET AL,

Defendant(s).

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 18 2024

JEFFREY P. COLWELL
CLERK

## MOTION TO WITHDRAW CLAIMS REGARDING MACKES CONSENT DECREE AND TRANSGENDER ISSUES

Comes Now, Plaintiff pro se and does hereby request this Honorable Court to allow Plaintiff to withdraw the following claims.

1. All **Mackes claims including Consent Decree** claims but will maintain the defendants Janet Smith and A. Jacobson-Sanchez under the claims regarding violation of written contracts for Computer and clothing contract. Defendants refuses to obey the Mackes Consent Decree and/or acknowledge that Plaintiff qualifies as a third party beneficiary. Plaintiff is blind and meets the criteria for blind inmates which is 20/200 that she received in June 2023 by eye specialist Dr. Williams (Exhibit ___) *Rep. of Counsel*; and even greater loss of vision of 20/400 (Exhibit ___) *Rep. of Counsel*. Plaintiff has repeatedly told the court that she has no control over loss of vision and is sometimes totally blind in both eyes as Dr. Peters recorded. Plaintiff is not capable of fighting CDOC when they do not even obey their own signed Consent Decrees.

2. Plaintiff withdraws all transgender claims including all defendants on Transgender Committee and Dr. Butler and any defendant listed under transgender claim unless a party to another claim. Plaintiff will join a class action regarding Female to Male transgender inmates in CDOC as Plaintiff is not capable of pursuing this claim.

3.  Plaintiff does **not** withdraw any claims regarding:

   (A.) Being raped by DWCF staff member Sgt. Josh Lang and all defendants listed under this claim;

   (B.) Any claims regarding **failure:** to protect, to supervise, Aided-in-Agency, etc., investigate, or related claims regarding rape and/or following CDOC rules in any form or Federal or State violations;

   (C.) Retaliation and theft of property, Jacobi threats, etc. ;

   (D.) Religious discrimination and/or denial of 1st Amendment Rights;

   (E.) All Medical claims including Deliberate Indifference or inadequate medical care in any form, etc.; and Denial of 8th or 14th Amendment rights, etc.

4.  Plaintiff includes exhibit __1__ which she did not have to include in her 'MOTION FOR APPOINTMENT OF COUNSEL' which is DWCF –Dr. A.H. Rx A.H.A. medical record of 6/27/24 regarding Plaintiff being positive for the BRCA gene as Plaintiff is of Ashkenazi heritage and high risk for cancer (medical records show already had cancer of colon and uterus) report states, "…Coit would be a very high risk surgical patient due to his advanced age frailty score, hemoglobin AIC of 6.4 and history of strokes. This provider explained that Coit's advanced age and frailty score meant there was a high likelihood that he **might die in less than a year following top surgery…**"

5. Medical records show Denver Health Orthopedic will not preform removal of damaged right Stryker hip prostheses.

6. Basically CDOC will not approve surgery due to these risk (age, pre-diabetes, frailty) thus has nothing to offer Plaintiff as they do not allow for "palliative care treatments" such as chiropractic or Mental Health Psychological Care for damage rape caused; Plaintiff must suffer in pain for the rest of her life as surgery would be too dangerous;

7. Plaintiff alleges, CDOC has nothing to offer Plaintiff to help heal damage caused by being raped by the 3rd correctional officer. CDOC offers pain medication that cause falls, or ice in clinic where plaintiff is exposed to sickness, and refuses to follow specialist orders even though they are not a security risk and Medicaid covers these items.

8. Wherefore Plaintiff prays this court will allow her to withdraw the two claims for Mackes and Transgender issues. And will accept Exhibit 1 doctor's report listed above for Plaintiff Motion for appointment of Counsel.

Respectfully submitted,  *Jill Coit*   10-14-24

Jill Coit # 86530 Unit 2-D-120, DWCF P. O. box 392005

## CERTIFICATE OF SERVICE

I swear I placed the above motion in the Unit 2 legal mail, first class postage, to the following: U.S. District Court, 901 19th Street, Denver, CO. 80294.

*Jill Coit*                    10-14-24

Jill Coit # 86530              dated 10/14/24

# P. Exhibit 2 "Denial of Law Librarian Ms. Pufa to make copy of Exhibit 1. See why Plaintiff needs Counsel - Can't even get law library to make a copy of Exhibit.

Jill Coit

**COLORADO** Department of Corrections

CHSS027J                          **Condensed Health Services Encounter**                    07/30/2024 08:53:48 AM

**DOC #:** 086530    **Inmate Name:** COIT, JILL

**ENCOUNTER DATE:** 06/27/2024   **TIME:** 09:53:56   **DURATION:** minutes   **TYPE:** Administrative - Provider

**LOCATION:** Denver Womens Correctional Facility   **SETTING:** Health Services Clinic

S   **H/S REQUEST RECEIVED:** 06/26/2024   **TYPE:** Next Day

**NOTES:** Coit is Coit's preferred name.
States preferred pronouns are: She/He/It
States he identifies as a transgender man.
He states that Dr. Miller diagnosed him with Gender Dysphoria.
States "I don't have sperm but I do have testicles."
States he doesn't take testosterone because "I have the BRCA gene. I am Jewish." Further states he has dense breast tissue and needs MRIs for Br Ca Surveillance
** Per Chart Review Pt. first mentioned BRCA gene and Ashkenazi heritage at a visit in 2017.
Gender Dysphoria Appointment to complete 700-14C form with Gender Affirming Care Provider per Pt. request
States "I think like a man. Unfortunately I'm in the wrong body."
States I don't like taking pain medication
Refused blood labs this morning and signed a refusal to have blood labs at DOC after hearing about the potential risks of him developing DM2, or another serious health condition/illness we aren't able to assess or treat without blood labs.

He states "I want top surgery."
When asked what kind of top surgery he states, "I don't know what I want exactly. I'd like a surgical consult."

Coit states " I want to go to Sterling." He states he wants to be housed in the geriatric unit there.

Past Medical History:
"I had a stroke in 2005."
Reports the stroke made him blind in his left eye, and he has 2200 vision in his right eye and can only make out large shapes.
States he needs a revision of his hip replacement surgery and his orthopedic surgeon refused stating the surgery would likely kill him.

O   **CURR:** 09:53:56 AM  **TEMP:** 98   **PULSE:** 70   **RP:** 16   **BP:** 104/72   **HT:** 5 ft.  7 in.   **WT:** 158 lb   **BLOOD SUGAR:** NA

   **02 SAT:** 91 %   **SOURCE:** Room Air

**NOTES:**
80 yo transgender male in no apparent distress.

Gender identity disorder diagnosed at DOC in 2021

Wearing hair in two braids, well groomed

Tooth number 9 is missing it's cap,

Tangential and pressured speech, but redirectable

Sits in wheelchair and uses his legs to move him forward and backward

Requires 2 person assistance to sit back down, and required 2 person assistance to stand on the scale while measuring weight.

Scored a 6 on the FIFE (Frailty Index for Elders) Scale indicating Frailty

A   **NOTES:**
GD: 80 yo transgender male requesting surgical consult for top surgery for gender affirming care. Completed the 700-14C

P   **NOTES:** This provider explained to Coit that Coit would be a very high risk surgical patient due to his advanced age, frailty score, Hemoglobin A1C of 6.4 and history of stroke. This provider explained that Coit's advanced age and frailty score meant there was a high likelihood he might die in less than a year following top surgery and that the gender affirming care surgeon would have to evaluate him and determine if they were willing to take that risk if he was approved for surgical consult. Pt. verbalized understanding stating that his orthopedic surgeon had told him it wasn't safe for him to have a revision of his hip surgery. Encouraged Coit to follow up with behavioral health for support.




**COLORADO** Department of Corrections

INCOMPLETE OR OUTDATED FORMS WILL BE DENIED

AR Form 750-01B (07/15/24)

## Legal Access Program Photocopy Request Form

LAST NAME: Cox   FIRST INITIAL: Jee   DOC #: 8653_

FACILITY: DWCF   UNIT/TIER/CELL: 2 D17   DATE SUBMITTED: 10/14/24

LIST THE DATE OF ANY **COURT IMPOSED DEADLINE**: des 11/24

A signed and completed miscellaneous withdrawal slip must accompany this request.

| DESCRIPTION OR FILE NAME OF DOCUMENTS (the file name must correspond with the file in student folder) | # PAGES SUBMITTED | # COPIES REQUESTED | # COPIES APPROVED | Offenders, do not write in this column. |
|---|---|---|---|---|
| 1. Cox Motion to | | | | |
| 2. Withdraw Withdraw | 3 | 2 | 3wp × 2 = 6 | |
| 3. of exe 1 - in support. | 1 | 1 | **DENIED** | |
| 4. USDC 23-cv-2835 RTB, LTB | | | | |
| 5. | | | | |

*******OFFENDER SIGNATURE (REQUIRED): Jee Cox

**DO NOT WRITE BELOW THIS LINE – OFFICIAL USE ONLY**

NUMBER OF PAGES RECEIVED: OCT 14 2024   CHARGE TO ACCOUNT: $1.50
DATE RECEIVED: OCT 14 2024
DATE COMPLETED: OCT 14 2024
METER END: 76397             EMPLOYEE PHOTOCOPIER INITIALS: LAP
METER BEGIN: 76390
TOTAL COPIES: 7
ADMINISTRATIVE COPIES: 1
TOTAL COPIES TO OFFENDER: 6   DATE DENIED: ____

Your request has been **DENIED** ____ in whole  X  in part for the following reasons:

___ Form Error - Your request form was not properly completed (Missing required signature, last name, first initial, full cell location, facility, unit, tier, cell, DOC #, date, etc.)
___ Exceeds Page Limit – Your request exceeds the page limit established by the Legal Access Program Photocopy Policy
___ Exceeds Number of Copies – Regardless of your ability to pay, you will be supplied only the required number of copies as dictated by court rule or statute
___ Insufficient Funds – You must have available funds to purchase LexisNexis case cites & statutes/research materials; OR copies of legal documents that fall outside the areas of habeas corpus, post-conviction, or civil rights related to conditions of confinement. See Auxiliary copy sheet

**FAILED TO SUBMIT:**
___ Documents – You must submit the documents you are requesting to be copied with this form. The file name provided is not found in the student folder.
___ Miscellaneous Withdrawal Ticket - You must submit a completed & signed miscellaneous withdrawal ticket with your request, regardless of available funds on your inmate account.
___ Original Document/pleading - Must be submitted along with all requests for attachments/exhibits, even if the original is not being copied. Attachments/exhibits must be labeled & referenced in the original document.
___ Account Statements – You must provide a completed waiver of fees (In Forma Pauperis = JDF 201 or 1915) or JDF 208 motion to receive a certified account statement to accompany your document.

**The Legal Access Program will NOT copy:**
___ Transcripts, electronic or paper media, including but not limited to transcripts, court records, and discovery from courts or attorneys.
___ Incomplete, altered, and/or blank forms.
___ Correspondence and attachments to correspondence are not permitted to be typed, saved, printed or copied. Correspondence as attachments or exhibits will not be copied or printed.
___ AR's/IA's, case law, statutes, court rules, session laws, or materials contained in the law library even as attachments/exhibits. (Exception for non-published case law to be attached to a pleading.)
___ NON-Legal materials – The materials/documents you have submitted do not meet program definitions of legal material, as described in AR 750-01.
___ UCC/Sovereign citizen – Documents that contain UCC related statements, theories or signatures will not be copied, nor printed from, or saved on, law library computers.
X Non-Original documents – Documents previously copied or printed (e.g. account statements, minimums, etc.), grievances, COPD appeals, except as exhibits attached to an original pleading being filed with the court. Your pleading must include a statement referring to the attached exhibits in order for them to be copied.
___ Voluminous – One section of the cite you requested is equal to one cite. You may purchase 5 cites per week, on ONE request form. Limit 100 pages total per request.
___ Excess Arrears – Your account is in arrears for at least $500. See AR 750-01 for additional information.
___ Substances - The Legal Access Program will not accept or copy any request form or document which has any substance on it, such as dirt, food, coffee, hair, bodily secretions, glue, tape, staples, toothpaste, etc.
___ The Legal Access Program is not responsible for documents prepared by offenders that are not in accordance to court rules. It is the responsibility of the offender to ensure compliance.
X **You may bring your request into compliance and resubmit.**
___ Other_____ No Ex.# - not referenced in motion

Attachment B
Page 1 of 1

**Colorado Department of Corrections**
Name: Will Voit
Register Number: 26530
Unit: 2 D120
Box Number: 392005
City, State, Zip: Denver, CO 80239

DENVER CO 802
16 OCT 2024 PM 4

Clerk of Court
U.S District Court
901 - 19th Street
Denver, CO
80239

80294-250151