IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-02835- LTB-RTG

JILL COIT,

    Plaintiff,

v.

STANCIL, et al.,
RYAN LONG,
CAPTAIN CERBO,
LT. RAY,
JANET SMITH,
A. JACOBSON-SANCHEZ,
ERIC JACOBI,
CAPTAIN JOHN SMITH,
HSA NICOLE PRICE,
N.P. DEB REILLY, and
JANE & JOHN DOES,

    Defendants.

---

## MINUTE ORDER

---

ENTERED BY U.S. MAGISTRATE JUDGE RICHARD T. GURLEY

    On November 20, 2024, Plaintiff filed a "Motion for Extension of Time." (ECF No. 58). The Court construes the motion as another request for an extension of time to file written objections to the Recommendation of United States Magistrate Judge, dated August 27, 2024. (*See* ECF No. 37). Accordingly, the motion (ECF No. 58) is granted as follows: Plaintiff is allowed an additional 14 days from the date of this Minute Order to file written objections to the Recommendation. No further extensions of time will be granted absent extraordinary circumstances.

    Further, Plaintiff's: (1) motion for appointment of counsel (ECF No. 46) is denied as premature; (2) motion to withdraw claims (ECF No. 47) is denied as unnecessary; (3) motion to change motion for appointment of counsel (ECF No. 50) is denied as moot; and (4) motion to stop (ECF No. 53) is denied as moot.

    Plaintiff's motion for register of actions (ECF No. 51) is granted insofar as the

Clerk of the Court shall mail to Plaintiff together with this Minute Order a copy of the docket sheet.

Finally, Plaintiff is advised that the only appropriate filing at this time are written objections to the Recommendation, which are due 14 days from the date of this Minute Order. No further extensions of time will be granted absent extraordinary circumstances.

DATED: December 5, 2024