IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-02835-LTB-RTG

JILL COIT,

      Plaintiff,

v.

STANCIL, *et al.,*
RYAN LONG,
CAPTAIN CERBO,
LT. RAY,
JANET SMITH,
A. JACOBSON-SANCHEZ,
ERIC JACOBI,
CAPTAIN JOHN SMITH,
HSA NICOLE PRICE,
N.P. DEB REILLY, and
JANE & JOHN DOES,

      Defendants.

_____

**ORDER**

_____

This matter is before the Court on the Recommendation of United States

Magistrate Judge filed August 27, 2024. (ECF No. 37). The Recommendation concludes

that Plaintiff's Fourth Amended Prisoner Complaint (ECF No. 33) and this action should

be dismissed without prejudice for failure to comply with Fed. R. Civ. P. 8. (*See Id.*). The

Recommendation states that any objection to the Recommendation must be filed within

fourteen days after its service. *See* 28 U.S.C. § 636(b)(1)(C). The Recommendation

1

was served on August 27, 2024. After granting one extension of time, on October 11,

2024, Plaintiff filed an "Objection to Judge Gurley's Recommendation DOC #37" (ECF

No. 45). Thereafter, the Court granted Plaintiff two more extensions of time to file

additional written objections. (ECF Nos. 52, 59). Then, on December 24, 2024, Plaintiff

filed another document titled "Objection to Judge Gurley Order" (ECF No. 63). The

Court liberally construes these two documents together as timely written objections to

the Recommendation. (ECF Nos. 45, 63). The Court has therefore reviewed the

Recommendation *de novo* in light of the file and record in this case. On *de novo* review

the Court concludes that the Recommendation is correct. To the extent Plaintiff's filings

attempt to add allegations, supplement her amended pleading, or expound on claims

the Recommendation found deficient, Plaintiff may not augment her pleading by adding

factual allegations or legal theories through objections to the Recommendation. *See*

*Jojola v. Chavez*, 55 F.3d 488, 494 (10th Cir. 1995) (holding that a court is limited to

assessing the legal sufficiency of the allegations contained within the four corners of the

complaint); *United States v. Garfinkle*, 261 F.3d 1030, 1031 (10th Cir. 2001) ("In this

circuit, theories raised for the first time in objections to the magistrate judge's report are

deemed waived").

The Court notes that, in addition to her written objections, Plaintiff filed numerous

other documents, including a proposed Fifth Amended Complaint (ECF No. 57).

However, the allegations in Plaintiff's proposed Fifth Amended Complaint (ECF No. 57),

like those in her Fourth Amended Complaint (ECF No. 33), fail to comply with Rule 8,

for the same reasons set forth in the Recommendation of United States Magistrate Judge. As such, the Court finds that the proposed amendments in the Fifth Amended Complaint are futile. *See Foman v. Davis,* 371 U.S. 178, 182 (1962).

Accordingly, for the foregoing reasons, it is

ORDERED that the written objections to the Recommendation (ECF Nos. 45, 63) are OVERRULED. It is

FURTHER ORDERED that the Recommendation of United States Magistrate Judge (ECF No. 37) is ACCEPTED and ADOPTED. It is

FURTHER ORDERED that the § 1983 claims asserted in the Fourth Amended Prisoner Complaint (ECF No. 33) against the Defendants sued in their official capacities for monetary relief, are DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. § 1915(e)(2)(B)(iii) as barred by the Eleventh Amendment. It is

FURTHER ORDERED that the Fourth Amended Prisoner Complaint (ECF No. 33) and this action are DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. § 1915(e)(2)(B) and Fed. R. Civ. P. 8 for the reasons stated in the Recommendation. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is DENIED WITHOUT PREJUDICE to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this dismissal would not be taken in good faith. It is

3

FURTHER ORDERED that all pending motions are DENIED as moot.

DATED at Denver, Colorado, this __21st__ day of January, 2025.

BY THE COURT:


_____s/Lewis T. Babcock_____
LEWIS T. BABCOCK, Senior Judge
United States District Court

4