IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-02835-LTB-RTG

JILL COIT,

    Plaintiff,

v.

STANCIL, *et al*.,
RYAN LONG,
CAPTAIN CERBO,
LT. RAY,
JANET SMITH,
A. JACOBSON-SANCHEZ,
ERIC JACOBI,
CAPTAIN JOHN SMITH,
HSA NICOLE PRICE,
N.P. DEB REILLY, and
JANE & JOHN DOES,

    Defendants.

---

**ORDER DENYING LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL**

---

On February 5, 2025, Plaintiff Jill Coit filed a Notice of Appeal (ECF No. 68) and a Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24 (ECF No. 69). The Court has examined the file and has determined that leave to proceed *in forma pauperis* on appeal must be denied.

Pursuant to 28 U.S.C. § 1915(a)(3) and Rule 24(a)(3)(A) of the Federal Rules of Appellate Procedure, the Court finds that this appeal is not taken in good faith. For the reasons set forth in the Order of Dismissal (ECF No. 64), the Court finds that Plaintiff

has not shown the existence of a reasoned, nonfrivolous argument on the law and facts in support of the issues raised on appeal.

Accordingly, it is

**ORDERED** that the Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24 (ECF No. 69) is **DENIED WITHOUT PREJUDICE** to the filing of a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit.

DATED at Denver, Colorado, this  7th  day of    February   , 2025.

BY THE COURT:

   s/Lewis T. Babcock   
LEWIS T. BABCOCK, Senior Judge
United States District Court